# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| JOANNA PRUITT LESTER | CIVIL ACTION NO. 15-cv-2439 |
| VERSUS | CHIEF JUDGE HICKS |
| WELLS FARGO BANK NA, ET AL | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that Plaintiff's Motion to Compel Discovery (Doc. 87) is denied because the information sought by Plaintiff in RFP 6 is irrelevant. It is further ordered that Plaintiff's request to void the summary judgment due to fraud is denied because no fraud was committed and, alternatively, the request for relief under Rule 60(b) is untimely.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 22nd day of March, 2021.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT